IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHELDON J. VANN,

      Appellant,

v.

CITIFINANCIAL SERVICES,
INC., d/b/a CITIFINANCIAL
EQUITY SERVICES, INC., an
Oklahoma corporation,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1707

Opinion filed March 20, 2015.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Sheldon J. Vann of the Law Offices of Sheldon J. Vann, Jacksonville, pro se, Appellant.

Todd C. Drosky and Pascale Achille of Frenkel Lambert Weiss Weisman & Gordon, LLP, Fort Lauderdale, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.